# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE GENE TERRY, <br><br> Petitioner, <br><br> v. <br><br> A. MAURICE GONZALES, Warden, <br><br> Respondent. | Case No. EDCV 13-0140-PSG (JEM) <br><br> **JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 1, 2013

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE